IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARVIN KENT**                                                                                           **PLAINTIFF**
**ADC #119175**

v.                                      Case No. 4:23-CV-01219-LPR

**DEXTER PAYNE, et al.**                                                                           **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition (RD) from United States Magistrate Judge Jerome T. Kearney (Doc. 13). On February 14, 2024, Judge Kearney screened Plaintiff's Complaint and noted several deficiencies.[1] Judge Kearney gave Plaintiff thirty days to submit an Amended Complaint, but Plaintiff did not file one within the time allowed.[2] On March 26, 2024, Judge Kearney entered the RD recommending dismissal of Plaintiff's Complaint for failure to state a claim upon which relief may be granted.[3] Two days after Judge Kearney entered the RD, the Court received documents from Plaintiff requesting additional time and leave to file an Amended Complaint.[4] These documents were postmarked March 18, 2024, more than a week before the RD was entered.[5]

After reviewing these documents, the Court finds that good cause may exist to grant Plaintiff's Motion to Extend Time (Doc. 15) and Motion for Leave to File an Amended Complaint (Doc. 16). The Court therefore declines to adopt the pending RD recommending dismissal

---

[1] Order (Doc. 10).

[2] *Id*.

[3] Recommended Disposition (Doc. 13).

[4] Notice of Change of Address (Doc. 14); Mot. to Extend Time (Doc. 15); Mot. for Leave to File Am. Compl. (Doc. 16).

[5] *Id*.

1

(Doc. 13) and refers this case back to Judge Kearney to determine whether these motions should be granted and whether Plaintiff's proposed Amended Complaint should be screened for viable claims.  The Court wishes to emphasize that this Order does not itself find good cause to grant these motions, and it makes no finding as to whether the proposed Amended Complaint corrects any defects in Plaintiff's original Complaint.  The Court's rejection of the RD is solely for the purpose of allowing Judge Kearney to decide these issues in the first instance.

      IT IS SO ORDERED this 1st day of April 2024.

                                                  _____
                                                  LEE P. RUDOFSKY
                                                  UNITED STATES DISTRICT JUDGE