# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARVIN KENT**  **PLAINTIFF**
**ADC #119175**

v.   Case No. **4:23-CV-01219-LPR**

**DEXTER PAYNE, et al.**   **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations (PFR) from United States Magistrate Judge Jerome T. Kearney (Doc. 12). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PFR and careful consideration of the entire case record, the Court hereby approves and adopts the PFR in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff's embedded request for a temporary restraining order (Doc. 2) and his Motion for Transfer (Doc. 11) are DENIED without prejudice.

IT IS SO ORDERED this 25th day of April 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] After the PFR was entered, Plaintiff filed a Second Amended Complaint (Doc. 20). Judge Kearney has screened the Second Amended Complaint and determined that it fails to state a claim upon which relief may be granted. Order (Doc. 18) at 4. In an Order dated April 3, 2024, Judge Kearney gave Plaintiff an opportunity to file a Third Amended Complaint. *Id*. at 8. Plaintiff has until May 3, 2024 to do so. *Id*. As such, it remains unclear which claims, if any, will proceed past screening.

Additionally, after filing his Motion for Transfer, Plaintiff notified the Court that he has since been transferred to a different unit, providing at least some of the relief he'd requested in his motion. *See* Pl.'s Notice of Change of Address (Doc. 14).